AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Demetrius Bailey, Pro Se_
Plaintiff

V.

_Street ~~Publishing~~ Knowledge Publishing_
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08-020

I, _Demetrius Bailey_ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant   ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _SCI-Forest Prison, P.O. Box 945, Marienville, Pa. 16239_

   **Inmate Identification Number (Required):** _CP787_

   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _N/A_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?    ☐ Yes   ☑ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes   ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

   None

I declare under penalty of perjury that the above information is true and correct.

12-24-07                           Demetrius Bailey CP1819
DATE                               SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



# Commonwealth of Pennsylvania
# Department of Corrections
### State Correctional Institution at Forest
1 Woodland Drive – PO Box 307
Marienville, Pennsylvania 16239-0307
814-621-2110

January 7, 2008

08-020

Clerk of Courts
U.S. District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570

To Whom It May Concern,

    I, Sarah Siegel, certify that the attached 12 page document contains the funding transactions for Demetrius Bailey, CP7819. The document contains transactions for July 2007 through December 2007. If you have any questions, please feel free to call me at 814-621-2110, extension 1107.

                                     Sincerely,

                                     Sarah Siegel
                                     Accountant

Enclosure

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JAN 10 PM 2:44

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING             DATE  1/07/2008
REMOTE PRINT TIME   8:45                 FROM PURGE FILE                 PAGE         1

  INMATE     NAME
  NUMBER     LAST                     FIRST              MI         STARTING BALANCE
  CP7819     BAILEY                   DEMETRIUS                           44.47

BATCH      DATE                                              TRANSACTION  BALANCE AFTER
  #     MO DY YEAR      TRANSACTION DESCRIPTION                 AMOUNT     TRANSACTION

  229   07-03-2007   13  PERSONAL GIFT FROM
                         DWELLING HOUSE        (108857)          50.00          94.47
  233   07-05-2007   37  POSTAGE
                         JULY 2, 2007                            -4.60          89.87
  233   07-05-2007   37  POSTAGE
                         JULY 3, 2007                            -1.65          88.22
  233   07-05-2007   37  POSTAGE
                         JULY 02, 2007         LEGAL             -4.60          83.62
  233   07-05-2007   37  POSTAGE
                         JULY 03, 2007         LEGAL             -1.31          82.31
  245   07-09-2007   14  MISCELLANEOUS
                         MEDICAL CO PAY REFUND                    8.00          90.31
  256   07-10-2007   37  POSTAGE
                         LEGAL - JULY 9, 2007                    -1.31          89.00
  256   07-10-2007   37  POSTAGE
                         JULY 9, 2007                             -.97          88.03
 8192   07-11-2007   32  HUN COMMISSARY
                         FOR   7/11/2007                         -4.28          83.75
  269   07-12-2007   37  POSTAGE
                         JULY 03, 2007         LEGAL             -5.70          78.05
  269   07-12-2007   37  POSTAGE
                         JULY 10, 2007         LEGAL             -4.60          73.45
  269   07-12-2007   37  POSTAGE
                         JULY 10, 2007         LEGAL             -4.60          68.85
  269   07-12-2007   37  POSTAGE
                         JULY 10, 2007         LEGAL             -4.60          64.25
  273   07-13-2007   38  INSIDE PURCHASES
                         COPIES 6/25/07                         -52.80          11.45
  273   07-13-2007   38  INSIDE PURCHASES
                         COPIES 7/10/07                          -5.70           5.75
  273   07-13-2007   38  INSIDE PURCHASES
                         COPIES 7/6/07                          -21.00         -15.25
  279   07-16-2007   37  POSTAGE
                         JULY 12, 2007                            -.97         -16.22
  290   07-17-2007   37  POSTAGE
                         LEGAL - JULY 14, 2007                    -.97         -17.19
  290   07-17-2007   37  POSTAGE
                         LEGAL - JULY 14, 2007                    -.97         -18.16
  308   07-19-2007   13  PERSONAL GIFT FROM
                         DWELLING HOUSE (109927)                 25.00           6.84
  317   07-23-2007   38  INSIDE PURCHASES
                         XEROX COPIES 7/17/07                    -4.80           2.04
 8208   07-27-2007   32  HUN COMMISSARY
                         FOR   7/27/2007                         -1.53            .51
```

PROCESSED
JAN 8 2008
INMATE ACCOUNTS  SS

1 of 12

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING         DATE   1/07/2008
REMOTE PRINT TIME   8:45                FROM PURGE FILE              PAGE          2

    INMATE      NAME
    NUMBER      LAST                   FIRST              MI
    CP7819      BAILEY                 DEMETRIUS

                                                         TRANSACTION  BALANCE AFTER
 BATCH       DATE
   #     MO DY YEAR        TRANSACTION DESCRIPTION         AMOUNT      TRANSACTION

  346    07-27-2007   37   POSTAGE
                           LEGAL- JULY 25, 2007             -4.60         -4.09
  346    07-27-2007   37   POSTAGE
                           LEGAL- JULY 25, 2007             -4.60         -8.69
  346    07-27-2007   37   POSTAGE
                           JULY 25, 2007    LEGAL            -.97         -9.66
  346    07-27-2007   37   POSTAGE
                           JULY 25, 2007                    -1.14        -10.80
  346    07-27-2007   37   POSTAGE
                           JULY 25, 2007                    -1.65        -12.45
  357    07-31-2007   37   POSTAGE
                           JULY 29, 2007    LEGAL           -1.31        -13.76
  373    08-02-2007   13   PERSONAL GIFT FROM
                           2WELLING SAVINGS (110474)        40.00         26.24
 8215    08-03-2007   32   HUN COMMISSARY
                           FOR  8/03/2007                   -4.66         21.58
  382    08-06-2007   37   POSTAGE
                           AUGUST 5, 2007   LEGAL           -1.14         20.44
  383    08-06-2007   38   INSIDE PURCHASES
                           XEROX COPIES 7/31/07            -20.60          -.16
  410    08-13-2007   37   POSTAGE
                           LEGAL - AUGUST 07, 2007          -4.90         -5.06
  422    08-15-2007   37   POSTAGE
                           AUGUST 12, 2007                   -.97         -6.03
  487    08-30-2007   37   POSTAGE
                           AUGUST 26, 2007        LEGAL     -1.31         -7.34
  500    09-04-2007   13   PERSONAL GIFT FROM
                           SMITH COREY (112215_)           200.00        192.66
  521    09-07-2007   41   MEDICAL
                           MEDICAL CO PAY 8/21/07           -5.00        187.66
  554    09-17-2007   37   POSTAGE
                           XEROX COPIES - SEPT. 04, 2007   -13.30        174.36
 8264    09-21-2007   32   HUN COMMISSARY
                           FOR  9/21/2007                  -16.07        158.29
  588    09-24-2007   44   ORGANIZATIONAL
                           EID UL FITRE FEAST               -6.00        152.29
  600    09-25-2007   14   MISCELLANEOUS
                           MEDICAL CO PAY REFUND             5.00        157.29
  620    09-27-2007   37   POSTAGE
                           SEPTEMBER 25, 2007               -5.21        152.08
  620    09-27-2007   37   POSTAGE
                           SEPTEMBER 25, 2007 LEGAL         -1.14        150.94
  620    09-27-2007   37   POSTAGE
                           SEPTEMBER 25, 2007               -1.14        149.80
```

[Stamp: PROCESSED JAN 8 2008 INMATE ACCOUNTS SS]

2 of 12

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING             DATE  1/07/2008
REMOTE PRINT TIME   8:45              FROM PURGE FILE                 PAGE          3

     INMATE      NAME
     NUMBER      LAST                    FIRST              MI
     CP7819      BAILEY                  DEMETRIUS

BATCH         DATE                                          TRANSACTION  BALANCE AFTER
  #       MO DY YEAR       TRANSACTION DESCRIPTION            AMOUNT      TRANSACTION

 620      09-27-2007   37  POSTAGE
                           SEPTEMBER 25, 2007                    -1.14        148.66
 620      09-27-2007   37  POSTAGE
                           SEPTEMBER 25, 2007                    -1.14        147.52
 620      09-27-2007   37  POSTAGE
                           SEPTEMBER 25, 2007                    -1.82        145.70
 620      09-27-2007   37  POSTAGE
                           SEPTEMBER 25, 2007 LEGAL              -4.60        141.10
8271      09-28-2007   32  HUN COMMISSARY
                           FOR   9/28/2007                       -8.13        132.97

                   BALANCE AFTER THESE TRANSACTIONS------>                    132.97
```



3 of 12

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM                RUN       IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING               DATE   1/07/2008
REMOTE PRINT TIME   8:45                 FROM ACTIVE FILE                  PAGE          1

      INMATE      NAME
      NUMBER      LAST                  FIRST              MI              STARTING BALANCE
      CP7819      BAILEY                DEMETRIUS                                  132.97

  BATCH      DATE                                                 TRANSACTION  BALANCE AFTER
    #     MO DY YEAR       TRANSACTION DESCRIPTION                   AMOUNT     TRANSACTION

   630    10-01-2007   38  INSIDE PURCHASES
                           XEROX COPIES 9/25/07                      -15.40         117.57
   630    10-01-2007   38  INSIDE PURCHASES
                           XEROX COPIES 9/20/07                       -2.40         115.17
   632    10-01-2007   37  POSTAGE
                           LEGAL - SEPTEMBER 27, 2007                 -1.65         113.52
   632    10-01-2007   37  POSTAGE
                           LEGAL - SEPTEMBER 27, 2007                 -1.31         112.21
   632    10-01-2007   37  POSTAGE
                           SEPTEMBER 27, 2007                          -.75         111.46
   632    10-01-2007   37  POSTAGE
                           SEPTEMBER 27, 2007                         -1.65         109.81
   632    10-01-2007   37  POSTAGE
                           SEPTEMBER 27, 2007                         -1.14         108.67
   632    10-01-2007   37  POSTAGE
                           SEPTEMBER 27, 2007                         -1.65         107.02
   632    10-01-2007   37  POSTAGE
                           SEPTEMBER 27, 2007                         -1.65         105.37
   632    10-01-2007   37  POSTAGE
                           SEPTEMBER 27, 2007                          -.97         104.40
   642    10-03-2007   37  POSTAGE
                           SEPTEMBER 30, 2007                          -.75         103.65
   642    10-03-2007   37  POSTAGE
                           SEPTEMBER 30, 2007                          -.75         102.90
   642    10-03-2007   37  POSTAGE
                           SEPTEMBER 30, 2007                          -.75         102.15
   642    10-03-2007   37  POSTAGE
                           SEPTEMBER 30, 2007                          -.75         101.40
   670    10-09-2007   38  INSIDE PURCHASES
                           XEROX COPIES  10/04/07                    -15.90          85.50
   679    10-11-2007   37  POSTAGE
                           OCTOBER  6, 2007                           -2.16          83.34
   679    10-11-2007   37  POSTAGE
                           OCTOBER 09, 2007       LEGAL               -1.48          81.86
  8285    10-12-2007   32  HUN COMMISSARY
                           FOR 10/12/2007                             -7.02          74.84
   688    10-12-2007   37  POSTAGE
                           OCTOBER 09, 2007                           -1.48          73.36
   688    10-12-2007   37  POSTAGE
                           OCTOBER 10, 2007                            -.97          72.39
   688    10-12-2007   37  POSTAGE
                           OCTOBER 10, 2007                            -.97          71.42
   688    10-12-2007   37  POSTAGE
                           OCTOBER 10, 2007   LEGAL                    -.97          70.45
```

PROCESSED
JAN 8 2008
INMATE ACCOUNTS   Ss

4 of 12

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING             DATE   1/07/2008
REMOTE PRINT TIME   8:45                FROM ACTIVE FILE                 PAGE           2
```

```
   INMATE      NAME
   NUMBER      LAST               FIRST              MI
   CP7819      BAILEY             DEMETRIUS
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 688 | 10-12-2007 | 37 | POSTAGE<br>OCTOBER 07, 2007    LEGAL | -1.48 | 68.97 |
| 688 | 10-12-2007 | 37 | POSTAGE<br>OCTOBER 09, 2007 | -1.48 | 67.49 |
| 688 | 10-12-2007 | 37 | POSTAGE<br>OCTOBER 09, 2007 | -1.48 | 66.01 |
| 676 | 10-15-2007 | 38 | INSIDE PURCHASES<br>XEROX COPIES - OCTOBER 9, 2007 | -.80 | 65.21 |
| 710 | 10-17-2007 | 37 | POSTAGE<br>LEGAL - OCTOBER 16, 2007 | -.75 | 64.46 |
| 710 | 10-17-2007 | 37 | POSTAGE<br>LEGAL - OCTOBER 16, 2007 | -.92 | 63.54 |
| 710 | 10-17-2007 | 37 | POSTAGE<br>LEGAL - OCTOBER 16, 2007 | -.75 | 62.79 |
| 710 | 10-17-2007 | 37 | POSTAGE<br>OCTOBER 16, 2007 | -1.31 | 61.48 |
| 710 | 10-17-2007 | 37 | POSTAGE<br>OCTOBER 16, 2007 | -1.31 | 60.17 |
| 716 | 10-18-2007 | 37 | POSTAGE<br>OCTOBER 17, 2007 | -1.31 | 58.86 |
| 716 | 10-18-2007 | 37 | POSTAGE<br>OCTOBER 17, 2007 | -1.14 | 57.72 |
| 721 | 10-19-2007 | 37 | POSTAGE<br>OCTOBER 18, 2007 LEGAL | -.75 | 56.97 |
| 721 | 10-19-2007 | 37 | POSTAGE<br>OCTOBER 18, 2007 | -.58 | 56.39 |
| 731 | 10-23-2007 | 37 | POSTAGE<br>OCTOBER 21, 2007    LEGAL | -1.48 | 54.91 |
| 735 | 10-23-2007 | 38 | INSIDE PURCHASES<br>XEROX COPIES 10/16/07 | -1.60 | 53.31 |
| 735 | 10-23-2007 | 38 | INSIDE PURCHASES<br>XEROX COPIES 10/11/07 | -9.10 | 44.21 |
| 739 | 10-24-2007 | 13 | PERSONAL GIFT FROM<br>BAILEY D.(115018) | 100.00 | 144.21 |
| 754 | 10-29-2007 | 38 | INSIDE PURCHASES<br>XEROX COPIES 10/25/07 | -10.50 | 133.71 |
| 754 | 10-29-2007 | 38 | INSIDE PURCHASES<br>XEROX COPIES 10/25/07 | -12.40 | 121.31 |
| 754 | 10-29-2007 | 38 | INSIDE PURCHASES<br>XEROX COPIES 10/23/07 | -3.40 | 117.91 |
| 754 | 10-29-2007 | 38 | INSIDE PURCHASES<br>XEROX COPIES 10/23/07 | -10.80 | 107.11 |
| 760 | 10-29-2007 | 37 | POSTAGE<br>LEGAL - OCTOBER 25, 2007 | -2.33 | 104.78 |

PROCESSED
JAN  8 2008

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING          DATE  1/07/2008
REMOTE PRINT TIME   8:45               FROM ACTIVE FILE             PAGE         3

   INMATE     NAME
   NUMBER     LAST                FIRST              MI
   CP7819     BAILEY              DEMETRIUS

                                                           TRANSACTION  BALANCE AFTER
 BATCH       DATE
   #       MO DY YEAR    TRANSACTION DESCRIPTION             AMOUNT      TRANSACTION

  760     10-29-2007   37  POSTAGE
                             OCTOBER 25, 2007                 -1.65         103.13
  760     10-29-2007   37  POSTAGE
                           OCTOBER 25, 2007                   -2.16         100.97
  760     10-29-2007   37  POSTAGE
                           OCTOBER 25, 2007                   -1.82          99.15
  760     10-29-2007   37  POSTAGE
                           OCTOBER 25, 2007                    -.75          98.40
  763     10-30-2007   39  LEGAL FEES
                           KAY COONS PROTHONTARY             -75.00          23.40
  766     10-30-2007   37  POSTAGE
                           OCTOBER 28, 2007     LEGAL          -.97          22.43
  766     10-30-2007   37  POSTAGE
                           OCTOBER 28, 2007     LEGAL          -.97          21.46
  766     10-30-2007   37  POSTAGE
                           OCTOBER 28, 2007     LEGAL          -.97          20.49
    0     11-01-2007   82  TRANSFER OUT
                           HUNTINGDON
    0     11-05-2007   81  TRANSFER IN
                           FOREST
 7087     11-05-2007   37  POSTAGE
                                                               -.97          19.52
 7087     11-05-2007   37  POSTAGE
                           CLK, US DIST CT, SCRANTON           -.97          18.55
 7087     11-05-2007   37  POSTAGE
                           FRANK CORL, DA, POTTSVILLE PA       -.97          17.58
 7087     11-05-2007   37  POSTAGE
                           CLK, US SUPREME CT., WASH DC      -1.99           15.59
 7087     11-05-2007   37  POSTAGE
                           CLK, US SUPREME CT., WASH DC      -1.48           14.11
 7087     11-05-2007   37  POSTAGE
                           CHIEF, HEARING EXAM. CAMP HILL      -.97          13.14
 7087     11-05-2007   37  POSTAGE
                           CH, GRIEV COORD, CAMP HILL        -1.14           12.00
 7087     11-05-2007   37  POSTAGE
                           WILLIAM E. FAIRALL, JR.           -2.50            9.50
 7087     11-05-2007   37  POSTAGE
                           9ILLIAM E. FAIRALL, JR.           -1.48            8.02
 7087     11-05-2007   37  POSTAGE
                           PROTHONOTARY, HARRISBURG PA       -4.90            3.12
 7115     11-08-2007   13  PERSONAL GIFT FROM
                           UNKNOWN             J244568       28.00           31.12
 7136     11-09-2007   37  POSTAGE
                                                             -1.14           29.98
```

PROCESSED
JAN 8 2008
INMATE ACCOUNTS

6 of 12

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING          DATE   1/07/2008
REMOTE PRINT TIME   8:45                FROM ACTIVE FILE              PAGE         4

   INMATE      NAME
   NUMBER      LAST                     FIRST               MI
   CP7819      BAILEY                   DEMETRIUS

                                                              TRANSACTION  BALANCE AFTER
 BATCH      DATE
   #     MO DY YEAR        TRANSACTION DESCRIPTION              AMOUNT      TRANSACTION

 7161   11-14-2007   37  POSTAGE
                         LEGAL HARRISBURG PROTHONOTARY            -1.14        28.84
 7161   11-14-2007   37  POSTAGE
                         LEGAL HARRISBURG PROTHONOTARY             -.97        27.87
 7161   11-14-2007   37  POSTAGE
                         LEGAL BEARD, JEFFREY                      -.97        26.90
 7161   11-14-2007   37  POSTAGE
                         LEGAL TIONESTA CLERK'S OFFICE             -.97        25.93
 7161   11-14-2007   37  POSTAGE
                         LEGAL NORISTOWN DA CASTOR, JR            -1.14        24.79
 7166   11-15-2007   38  INSIDE PURCHASES
                         67 LEGAL COPIES 11/14/07                 -6.70        18.09
 8319   11-15-2007   32  FRS COMMISSARY
                         FOR 11/15/2007                           -7.66        10.43
 7175   11-15-2007   37  POSTAGE
                         LEGAL PITTSBURGH CLK OF COURTS           -1.14         9.29
 7182   11-16-2007   38  INSIDE PURCHASES
                         10 COPIES                                -1.00         8.29
 7187   11-16-2007   37  POSTAGE
                         LEGAL CHIEF HEARING EXAMINER             -1.65         6.64
 7215   11-20-2007   37  POSTAGE
                         LEGAL PROTHONOTARY                       -1.65         4.99
 7215   11-20-2007   37  POSTAGE
                         LEGAL CAMPHILL  MARK, TIMOTHY            -1.31         3.68
 7215   11-20-2007   37  POSTAGE
                         LEGAL                                    -1.14         2.54
 7219   11-27-2007   37  POSTAGE
                                                                   -.51         2.03
 7219   11-27-2007   37  POSTAGE
                                                                  -1.65          .38
 7229   11-27-2007   38  INSIDE PURCHASES
                         11 LEGAL COPIES 11/18/07                 -1.10         -.72
 7241   11-27-2007   37  POSTAGE
                         LEGAL                                    -1.14        -1.86
 7241   11-27-2007   37  POSTAGE
                         LEGAL                                     -.97        -2.83
 7241   11-27-2007   37  POSTAGE
                         LEGAL                                     -.97        -3.80
 7241   11-27-2007   37  POSTAGE
                         LEGAL                                     -.97        -4.77
 7254   11-28-2007   37  POSTAGE
                         LEGAL MARK, TIMOTHY                       -.97        -5.74
 7254   11-28-2007   37  POSTAGE
                         LEGAL KURTZ, JUDGE STEWART                -.97        -6.71
```

PROCESSED
JAN 8 2008
INMATE ACCOUNTS

7 of 12

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM              RUN    IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING             DATE   1/07/2008
REMOTE PRINT TIME   8:45                 FROM ACTIVE FILE                PAGE         5

     INMATE      NAME
     NUMBER      LAST                    FIRST             MI
     CP7819      BAILEY                  DEMETRIUS

 BATCH      DATE                                                 TRANSACTION   BALANCE AFTER
   #     MO DY YEAR       TRANSACTION DESCRIPTION                   AMOUNT       TRANSACTION

  7254   11-28-2007   37   POSTAGE
                           LEGAL TIONESTA CLERK OF COURTS            -1.14          -7.85
  7254   11-28-2007   37   POSTAGE
                           LEGAL HARRISBURG PROTHONOTARY             -2.33         -10.18
  7256   11-29-2007   13   PERSONAL GIFT FROM
                           SCI-HUNTINGDON          J248466           75.00          64.82
  8333   11-29-2007   32   FRS COMMISSARY
                           FOR 11/29/2007                           -11.76          53.06
  7270   11-29-2007   37   POSTAGE
                           LEGAL                                      -.97          52.09
  7270   11-29-2007   37   POSTAGE
                                                                      -.97          51.12
  7270   11-29-2007   37   POSTAGE
                           LEGAL                                      -.97          50.15
  7270   11-29-2007   37   POSTAGE
                           LEGAL                                      -.80          49.35
  7270   11-29-2007   37   POSTAGE
                           LEGAL                                     -1.82          47.53
  7270   11-29-2007   37   POSTAGE
                           LEGAL                                      -.97          46.56
  7270   11-29-2007   37   POSTAGE
                                                                      -.97          45.59
  7270   11-29-2007   37   POSTAGE
                           LEGAL                                      -.97          44.62
  7270   11-29-2007   37   POSTAGE
                           LEGAL                                      -.97          43.65
  7291   12-03-2007   33   TELEPHONE
                           TELEPHONE CALL TO 412-373-1124            -1.53          42.12
  7295   12-03-2007   38   INSIDE PURCHASES
                           210 LEGAL COPIES 11/28/07                -21.00          21.12
  7295   12-03-2007   38   INSIDE PURCHASES
                           92  LEGAL COPIES 11/28/07                 -9.20          11.92
  7295   12-03-2007   38   INSIDE PURCHASES
                           24  LEGAL COPIES 11/28/07                 -2.40           9.52
  7299   12-03-2007   37   POSTAGE
                           LEGAL NORRISTOWN CLERK OFFICE              -.80           8.72
  7299   12-03-2007   37   POSTAGE
                           LEGAL                                      -.80           7.92
  7299   12-03-2007   37   POSTAGE
                           LEGAL                                      -.80           7.12
  7299   12-03-2007   37   POSTAGE
                           LEGAL TIONESTA PROTHONOTARY               -1.48           5.64
  7321   12-05-2007   37   POSTAGE
                           LEGAL                                     -1.14           4.50
```

PROCESSED
JAN 8 2008
INMATE ACCOUNTS  SS

8 of 12

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM            RUN    IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING           DATE   1/07/2008
REMOTE PRINT TIME   8:45              FROM ACTIVE FILE               PAGE         6

    INMATE      NAME
    NUMBER      LAST              FIRST               MI
    CP7819      BAILEY            DEMETRIUS

                                                           TRANSACTION  BALANCE AFTER
BATCH    DATE
  #    MO DY YEAR       TRANSACTION DESCRIPTION             AMOUNT      TRANSACTION

 7321  12-05-2007   37  POSTAGE
                        LEGAL   DA                           -2.33          2.17
 7321  12-05-2007   37  POSTAGE
                        LEGAL   US DISTRICT COURT            -4.90         -2.73
 7321  12-05-2007   37  POSTAGE
                        LEGAL   US DISTRICT COURT            -1.31         -4.04
 7330  12-06-2007   38  INSIDE PURCHASES
                        5 LEGAL COPIES 12/04/07               -.50         -4.54
 7422  12-18-2007   37  POSTAGE
                        LEGAL US DISTRICT COURT              -1.31         -5.85
 7428  12-18-2007   37  POSTAGE
                        LEGAL PROTHONOTARY                    -.97         -6.82
 7428  12-18-2007   37  POSTAGE
                        LEGAL PROTHONOTARY                   -1.99         -8.81
 7441  12-19-2007   37  POSTAGE
                        LEGAL                                 -.80         -9.61
 7441  12-19-2007   37  POSTAGE
                        LEGAL                                 -.97        -10.58
 7468  12-24-2007   13  PERSONAL GIFT FROM
                        BAILEY, DENISE        J908375       300.00        289.42
 8360  12-26-2007   32  FRS COMMISSARY
                        FOR 12/26/2007                      -35.39        254.03
 7497  12-26-2007   37  POSTAGE
                                                             -3.00        251.03
 7497  12-26-2007   37  POSTAGE
                                                              -.41        250.62
 7497  12-26-2007   37  POSTAGE
                                                             -2.46        248.16
 7497  12-26-2007   37  POSTAGE
                        LEGAL TIONESTA PROTHONOTARY           -.41        247.75
 7497  12-26-2007   37  POSTAGE
                        LEGAL PITTSBURGH CLERK OF CRTS       -1.48        246.27
 7497  12-26-2007   37  POSTAGE
                        LEGAL WASHINGTON DC CLKOF CRTS       -2.33        243.94
 7497  12-26-2007   37  POSTAGE
                        LEGAL DIORIOS & SERENI, LLP           -.97        242.97
 7497  12-26-2007   37  POSTAGE
                        LEGAL ALLEN, AUSTIN                   -.97        242.00
 7497  12-26-2007   37  POSTAGE
                        LEGAL PA SUPREME COURT                -.97        241.03
 7497  12-26-2007   37  POSTAGE
                        LEGAL DEPART OF JUSTICE               -.80        240.23
 7497  12-26-2007   37  POSTAGE
                        LEGAL EDWARDS, VICTORIA               -.97        239.26
```

PROCESSED  JAN 8 2008  INMATE ACCOUNTS  SS

9 of 12

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM            RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING           DATE  1/07/2008
REMOTE PRINT TIME   8:45             FROM ACTIVE FILE               PAGE         7

    INMATE     NAME
    NUMBER     LAST              FIRST                 MI
    CP7819     BAILEY            DEMETRIUS


 BATCH      DATE                                              TRANSACTION  BALANCE AFTER
   #     MO DY YEAR     TRANSACTION DESCRIPTION                 AMOUNT      TRANSACTION

  7497   12-26-2007  37  POSTAGE
                        LEGAL HUMAN RELATIONS COMM PA             -.80         238.46
  7497   12-26-2007  37  POSTAGE
                        LEGAL SCRANTON CLK OF COURTS              -.97         237.49
  7497   12-26-2007  37  POSTAGE
                        LEGAL HUMAN RELATIONS COMM PA             -.80         236.69
  7497   12-26-2007  37  POSTAGE
                                                                  -.80         235.89
  7497   12-26-2007  37  POSTAGE
                                                                  -.80         235.09
  7521   12-28-2007  38  INSIDE PURCHASES
                        97 COPIES                                -9.70         225.39
  7521   12-28-2007  38  INSIDE PURCHASES
                        282 COPIES                              -28.20         197.19
  7521   12-28-2007  38  INSIDE PURCHASES
                        45  COPIES                               -4.50         192.69
  7521   12-28-2007  38  INSIDE PURCHASES
                        37  COPIES                               -3.70         188.99
  7526   12-31-2007  37  POSTAGE
                        US DIST. CRT. SCRANTON                    -.41         188.58
  7526   12-31-2007  37  POSTAGE
                                                                 -2.87         185.71
  7526   12-31-2007  37  POSTAGE
                                                                  -.41         185.30
  7526   12-31-2007  37  POSTAGE
                        US DIST. CRT. PHILLY                     -1.47         183.83
  7526   12-31-2007  37  POSTAGE
                        LEGAL- S.J. SUNDHEIM PHILLY              -2.16         181.67
  7526   12-31-2007  37  POSTAGE
                                                                  -.41         181.26
  7537   01-02-2008  37  POSTAGE
                        PROTH. TIONESTA, PA                      -4.60         176.66
  7537   01-02-2008  37  POSTAGE
                        LEGAL-DREXLER LYONS,MCGUFFIN             -1.14         175.52
  7537   01-02-2008  37  POSTAGE
                        LEGAL-GRIEVANCE COORDINATOR               -.97         174.55
  7537   01-02-2008  37  POSTAGE
                        LEGAL-CHIEF COUNCIL                       -.97         173.58
  7537   01-02-2008  37  POSTAGE
                        LEGAL COPIES FROM LEGAL LOG             -23.00         150.58
  7537   01-02-2008  37  POSTAGE
                        LEGAL-C.T. HUMES LEWISBURG               -1.82         148.76
  7537   01-02-2008  37  POSTAGE
                        LEGAL-SUPREME CRT OF PA PITTS            -2.50         146.26
```

PROCESSED
JAN 8 2008
INMATE ACCOUNTS
SS

10 of 12

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM            RUN       IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING           DATE   1/07/2008
REMOTE PRINT TIME   8:45              FROM ACTIVE FILE              PAGE          8

    INMATE     NAME
    NUMBER     LAST                    FIRST               MI
    CP7819     BAILEY                  DEMETRIUS

                                                          TRANSACTION  BALANCE AFTER
 BATCH     DATE
   #     MO DY YEAR    TRANSACTION DESCRIPTION              AMOUNT     TRANSACTION

  7537   01-02-2008  37  POSTAGE
                         LEGAL-S.CUCINOTTA PHILLY            -1.31        144.95
  7537   01-02-2008  37  POSTAGE
                         LEGAL-BUREAU OF PROF. & OCCUP.      -1.14        143.81
  7537   01-02-2008  37  POSTAGE
                                                              -.97        142.84
  7537   01-02-2008  37  POSTAGE
                         LEGAL-GRIEVANCE COORDINATOR         -1.14        141.70
  7537   01-02-2008  37  POSTAGE
                         LEGAL-V.EDWARDS POTTSVILLE          -1.31        140.39
  7537   01-02-2008  37  POSTAGE
                         LEGAL-CLERK'S OFFICE SCRANTON       -1.31        139.08
  7537   01-02-2008  37  POSTAGE
                         LEGAL-A.WILLIAMS PHILLY             -1.31        137.77
  7537   01-02-2008  37  POSTAGE
                         LEGAL-PROTH. TIONESTA, PA           -5.05        132.72
  7537   01-02-2008  37  POSTAGE
                                                              -.58        132.14
  8003   01-03-2008  32  FRS COMMISSARY
                         FOR   1/03/2008                    -12.18        119.96
  7552   01-04-2008  37  POSTAGE
                                                             -1.31        118.65
  7552   01-04-2008  37  POSTAGE
                                                             -1.14        117.51
  7552   01-04-2008  37  POSTAGE
                                                             -1.14        116.37
  7556   01-01-2008  38  INSIDE PURCHASES
                         14 COPIES                           -1.40        114.97
  7556   01-01-2008  38  INSIDE PURCHASES
                         10 COPIES                           -1.00        113.97

                    BALANCE AFTER THESE TRANSACTIONS------>               113.97
```



11 of 12

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM              RUN      IAS410
BUREAU OF DATA PROCESSING        ACCOUNT STATEMENT                   DATE  1/07/2008
REMOTE PRINT TIME   8:45                                             PAGE          1

                                                              CURR. INST    SC1F4
                                                              ACCT. STATUS  OPEN

   INMATE     NAME
   NUMBER     LAST              FIRST            MI                        OLD BALANCE

   GK8965     BAILEY            ROBERT           J                              -23.98

  BATCH      DATE                                          TRANSACTION  BALANCE AFTER
    #     MO DY YEAR    TRANSACTION DESCRIPTION              AMOUNT      TRANSACTION

   7371   12-11-2007  37  POSTAGE
                                                                -.41          -24.39
   7371   12-11-2007  37  POSTAGE
                                                                -.41          -24.80
   7371   12-11-2007  37  POSTAGE
                                                                -.41          -25.21
   7371   12-11-2007  37  POSTAGE
                                                                -.41          -25.62
   7371   12-11-2007  37  POSTAGE
                                                                -.41          -26.03
   7497   12-26-2007  37  POSTAGE
                                                                -.17          -26.20

              NEW BALANCE AS OF 01-07-2008 ---------------->            -26.20
```



12 of 12