Clerk,

IN Re: Civil Action
Bailey V. Street Knowledge Publishing
08-cv-20 (SLR)

Change Address to New Address;
SCI- Greene
175 Progress Drive
Waynesburg, Pa. 15370

FILED
FEB - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Please inform Plaintiff of the status of the case concerning was service made and Appointment of Counsel granted
Thank You!

D. Bailey CP7819

Demetrius Baby SP7819
175 Progress Drive
Waynesburg, PA., 15370

INMATE MAIL
PA DEPT
OF CORRECTIONS

US POSTAGE $00.41 FEB 05 2008
MAILED FROM ZIP CODE 15370

X-RAY S.M.S.

Clerk's Office
U.S. District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware, 19108

Legal Mail