IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIUS BAILEY, | ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 08-020-SLR ) |
| STREET KNOWLEDGE PUBLISHING, | ) ) |
| Defendant. | ) |

FILED
FEB 1 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AUTHORIZATION

I, Demetrius Bailey, SBI #CP7819, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $27.70 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated January 18, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: February 7, 2008.

_Demetrius Bailey CP7819_
Signature of Plaintiff

Demetrius Baty/CP7819
175 Progress Drive
Waynesburg, PA. 15370

U.S. X-RAY

Clerk's Office
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Legal Mail

"Inmate Mail - PA DEPT. OF CORRECTIONS"