Clerk,

In Re: Civil Action No. 1:08-cv-20(SLR)

Plaintiff would like to know the status of this case and also the Court Order Service of Complaint and also the Clear change Plaintiffs Address to New Address; SCI-Greene

175 Progress Drive
Waynesburg Pa. 15370

Enclose is a US Marshall Form 285.
Please inform Plaintiff of all Court Orders.

Sincerely,
Demetrius Bailey
CP789

FILED

MAR 12 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

_Demetrius Bailey_ CP789

175 Progress Drive
Waynesburg, PA., 15370

INMATE MAIL
PA DEPT
OF CORRECTIONS



UNITED STATES POSTAGE

$ 00.41⁰
02 1M
0004255916    MAR 10 2008
MAILED FROM ZIP CODE 15370
PITNEY BOWES

Clerk's Office
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570

Legal Mail

19801357919 C012