IN The United States District Court of Delaware

Demetrius Bailey, Pro Se.
    v.   Plaintiff    : Civil Action No. 08-020-SLR
Street Knowledge Publishing,
        Defendant

FILED
APR 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

### Motion To Make Service

Plaintiff states that the Complaint states a claim upon which Relief can be granted when Plaintiff sent money to order books and this company stole the money by theft with false advistsement. Plaintiff asks the Court pursuant to Fed. R. Civ. P. 4(c)(3) that Service be made by the U.S. Marshall since IFP was granted in this case.

### Brief In Support Of Motion

The summons and complaint are suppse to be served within 120 days after the complaint is filed. In forma pauperis complaints are not actually filed when the clerk receives them; they are filed after IFP status is granted. Welch v. Folsom, 925 F.2d 666, 667, 670 (3d Cir. 1991). Boudette Barnette, 923 F.2d 754, 757 (9th Cir. 1991), see also Urrsenhauer v. Way, 91 F.2d 25, 30 (3d Cir. 1992).

Plaintiff Request that the Court Order the U.S. Marshall to serve the Summons and Complaint upon Defendant.

DATE: April 8, 2008               Demetrius Bailey CP789

