IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEMETRIUS BAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-020-SLR |
| | ) |
| STREET KNOWLEDGE PUBLISHING, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 23rd day of June, 2008,

IT IS HEREBY ORDERED that plaintiff's complaint is **dismissed without prejudice** and the case is **closed**, for the following reasons:

1. Plaintiff, Demetrius Bailey ("plaintiff"), Pennsylvania Prison No. CP7819, a pro se litigant who is presently incarcerated, filed this action on January 10, 2008. On May 13, 2008, the court entered an order denying leave to proceed in forma pauperis because plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury. (D.I. 10)

2. Plaintiff was given thirty days from the date of the order to pay the filing fee, and was warned that, if the filing fee was not timely paid, the complaint would be dismissed. The time has lapsed and, to date, plaintiff has not paid the $350.00 filing fee owed to this Court.

UNITED STATES DISTRICT JUDGE