In The United States Court Of Appeals For The Third Circuit Of Pennsylvania

☐ ORIGINAL

Demetrius Bailey, Pro Se
  Plaintiff
  v.
Street Knowledge Publishing,
  Defendant

Civ No. 08-20-SLR



## Notice Of Appeal

Now, it is hereby stated Demetrius Bailey, Appeals to the Court of Appeals For The Third Circuit from the District Judge Sue L. Robinson Order entered on June 23, 2008, Dismissing In Forma Pauperis And Complaint.

## Certificate Of Service

I, Demetrius Bailey Hereby Certify That This 1 day of July, 2008, I Am Serving A True and Correct Copy Of Notice Upon Person Below Via First Class Mail:

Street Knowledge Publishing
P.O. Box 345
Wilmington, DE 19947

DATE: July 1, 2008

Respectfully Submitted
Demetrius Bailey CP 7819
Demetrius Bailey CP 7819
175 Progress Drive
Waynesburg, Pa. 15370

Case 1:08-cv-00020-SLR  Document 12  Filed 07/07/2008  Page 2 of 2

Demetrius Bailey CP 7919
175 Progress Drive
Waynesburg, PA 15370

INMATE MAIL
PA DEPT
OF CORRECTIONS

Clerk's Office
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801

Legal Mail



U.S.M.S. X-RAY

MAILED FROM ZIPCODE
$ 00.42