# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-3021

Demetrius Bailey v. Street Knowledge Publishing

1-08-cv-00020

## O R D E R

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a) and Misc. 107.2, it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed and has failed to comply with this Court's order issued July 24, 2008. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

**A True Copy**

*Marcia M. Waldron*

Dated: September 2, 2008

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

SLC/cc:  Mr. Demetrius Bailey